IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.  Criminal No. 3:24cr183 (DJN)

MONTRIO SANTOS NEVILLE,
      Defendant.

## ORDER
### (Scheduling Hearing for Motion to Remove Counsel and Setting Trial Date)

This matter comes before the Court on Defendant Montrio Santos Neville's ("Defendant") Motion to Remove Counsel (ECF No. 28 ("Motion")), in which he moves the Court to remove his counsel "due to the lack and limited representation" provided to him. (*Id.*) The Court held Defendant's Motion in abeyance pending the resolution of his Motion to Suppress (ECF No. 15). Having denied Defendant's Motion to Suppress, (ECF No. 31), the Court now addresses Defendant's Motion.

The Court hereby SCHEDULES a hearing for October 1, 2025 at 4:00 p.m. in the Richmond Courthouse. At that hearing, the Court intends to both address Defendant's Motion and set this case for trial. In preparation therefore, the Court ORDERS the parties to file a joint pleading, no later than September 29, 2025, setting forth the parties' understanding concerning

(1) the Speedy Trial date cutoff and (2) their expectation of how long this trial would last.

    Let the Clerk file a copy of this Order electronically and notify all counsel of record.

    It is so ORDERED.

                                                                /s/
                                            David J. Novak
                                            United States District Judge

Alexandria, Virginia
Date: September 22, 2025